# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

December 29, 2023

Jason Michael Craig
AHLERS & COONEY
Suite 600
100 Court Avenue
Des Moines, IA  50309-2207

RE: 23-3760  William Couser, et al v. Story County, Iowa, et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Please note that the appellate filing and docketing fee recently increased to $605. Please contact and make arrangements with the district court to pay any remaining balance of the appellate fee.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

RDB

Enclosure(s)

cc:    Brian David Boone
      Clerk, U.S. District Court, Southern Iowa
      Karla M. Doe
      Bret A. Dublinske
      Michael Roger Hoernlein
      Emily Kolbe
      Nicci M. Ledbetter
      Brant M. Leonard
      Kristy Dahl Rogers

District Court/Agency Case Number(s): 4:22-cv-00383-SMR

**Caption For Case Number: 23-3760**

William Couser; Summit Carbon Solutions, LLC

    Plaintiffs - Appellees

v.

Story County, Iowa; Story County, Board of Supervisors; Latidah Faisal, in her official capacity as Story County Supervisor; Linda Murken, in her official capacity as Story County Supervisor; Lisa Heddens, in her official capacity as Story County Supervisor

    Defendants - Appellants

**Addresses For Case Participants:   23-3760**

Jason Michael Craig
AHLERS & COONEY
Suite 600
100 Court Avenue
Des Moines, IA  50309-2207

Brian David Boone
ALSTON & BIRD
Suite 300
1120 S. Tryon Street
Charlotte, NC  28203-6818

Clerk, U.S. District Court, Southern Iowa
U.S. DISTRICT COURT
Southern District of Iowa
P.O. Box 9344
Des Moines, IA  50306-0000

Karla M. Doe
ALSTON & BIRD
One Atlantic Center
1201 W. Peachtree Street
Atlanta, GA  30309-3424

Bret A. Dublinske
FREDRIKSON & BYRON
Suite 301
111 E. Grand Avenue
Des Moines, IA  50309

Michael Roger Hoernlein
ALSTON & BIRD
Suite 300
1120 S. Tryon Street
Charlotte, NC  28203-6818

Emily Kolbe
AHLERS & COONEY
Suite 600
100 Court Avenue
Des Moines, IA  50309-2207

Nicci M. Ledbetter
FREDRIKSON & BYRON
Suite 301
111 E. Grand Avenue
Des Moines, IA  50309

Brant M. Leonard
FREDRIKSON & BYRON
Suite 301
111 E. Grand Avenue
Des Moines, IA  50309

Kristy Dahl Rogers
FREDRIKSON & BYRON
Suite 301
111 E. Grand Avenue
Des Moines, IA  50309