Stephanie N. O'Banion
*Acting Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

**TO:**    Brian E. Jorde

**CC:**    Brian David Boone
Jason Michael Craig
Karla M. Doe
Bret A. Dublinske
Michael Roger Hoernlein
Emily Kolbe
Nicci M. Ledbetter
Brant M. Leonard
Kristy Dahl Rogers
Wallace L. Taylor

**FROM:**    Diane N. Sturgeon

**DATE:**    May 09, 2024

**RE:**    23-3758  William Couser, et al v. Shelby County, et al
23-3760  William Couser, et al v. Story County, Iowa, et al

Your brief in the above-case has been received. In reviewing the brief for filing, we noted the deficiencies shown below. Your brief cannot be filed until the defects are corrected. Please correct these defects within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.

__X__    REFERENCES TO THE RECORD. See 8th Cir. R. 28A(j)
___X___  References to the record in civil cases must be made to the Joint Appendix page number(s) AND the district court docket number, and page number of the document
(App._____ 1:22-cv-00020.R.Doc. _____ , at _____ .) OR
(App. _____ 4:22-cv-00383.R.Doc. _____ , at _____ .)

Again, your brief cannot be filed until you correct these defects. Failure to correct them may result in the issuance of an order to show cause why the appeal should not be dismissed (for appellant's opening brief) or why you should not be barred from filing the brief (for briefs other than appellant's opening brief). Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.