No: 23-3758

William Couser and Summit Carbon Solutions, LLC

Appellees

v.

Shelby County, Iowa, et al.

Appellants

------------------------------

Iowa Farmers Union, et al.

Amici on Behalf of Appellant(s)

No: 23-3760

William Couser and Summit Carbon Solutions, LLC

Appellees

v.

Story County, Iowa, et al.

Appellants

------------------------------

Iowa Farmers Union, et al.

Amici on Behalf of Appellant(s)

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(1:22-cv-00020-SMR)
(4:22-cv-00383-SMR)

---

**ORDER**

Pipeline Safety Trust has filed a motion for leave to file an amicus brief on behalf of Appellants.

No objections have been filed and the motion is granted. The clerk shall review the brief submitted by the amicus party for filing.

May 14, 2024

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Stephanie N. O'Banion